No error.

━━━━━━━━━━━

WALTER E. HELLER & COMPANY OF FLORIDA v. CONCORDIA LEG APPAREL, INC., OF N. C.; ART HOSIERY, INC.; CRAFTSMEN FINISHERS, INC.; JOSEPH ADAMS; SANFORD P. BRASS; LEONARD DeVRIES; JAMES W. WALSH

No. 7519SC19

(Filed 2 April 1975)

APPEAL by defendants, Joseph Adams, Sanford P. Brass, Leonard DeVries and James W. Walsh, from *Long, Judge.* Judgment entered 5 November 1974 in Superior Court, CABARRUS County. Heard in the Court of Appeals 18 March 1975.

*Williams, Willeford, Boger & Grady by Samuel F. Davis, Jr., for plaintiff appellee.*

*Weinstein, Sturges, Odom, Bigger & Jonas, P.A., by T. LaFontine Odom for defendant appellants.*

BRITT, HEDRICK, and MARTIN, Judges.

Affirmed.